UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Gregory R. Johnson,

Plaintiff,

v.

Commissioner of the Social Security Administration,

Defendants.

No. 6:23-cv-00827-CRW-DTG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland regarding Plaintiff Gregory R. Johnson's motion for summary judgment and memorandum in support (Dkt. Nos. 6 & 7). Dkt. No. 12. The report recommends that the undersigned strike pages 11 through 17 of the plaintiff's reply brief for violating the Court's local rules and that the motion (Dkt. No. 6) be **DENIED.** The Report and Recommendation was filed September 9, 2026. This Court hereby adopts Judge Gilliland's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); FED. R. CIV. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d

404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections to the report and recommendation on September 23, 2026. Dkt. No. 13. The Court has conducted a *de novo* review of the motion, the Report and Recommendation, all objections to the Report and Recommendation, the record of the case, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

The Court agrees with the Report's finding that the Administrative Law Judge ("ALJ") properly evaluated the medical evidence when reaching his residual functional capacity ("RFC") determination. *See* Dkt. No. 12 at 5-8. The Court finds that the ALJ's determination that Johnson is limited to a restricted range of light work given the combination of his impairments is supported by substantial evidence. *See* Dkt. No. 5-2 at 23. The Court also agrees with the ALJ's determination of Johnson's mental RFC is supported by substantial evidence, as the ALJ considered Johnson's testimony regarding his difficulties as well as medical evidence of record and conflicting testimony on his ability to participate in activities with his family. *See id.* at 24-25. The ALJ's determination that Johnson should be limited to detailed, non-complex tasks requiring no more than frequent interaction with supervisors and co-workers as well as the public is supported by substantial evidence. *See id.* at 25. Court agrees with the report that Johnson's motion for summary judgment (Dkt. No. 6) should be denied.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland, Dkt. No. 12, is **ADOPTED**.

**IT IS FURTHER ORDERED** that pages 11 through 17 of Plaintiff's reply (Dkt. No. 10) are **STRICKEN.**

**IT IS FINALLY ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. No. 6) is **DENIED.**

So ordered on October 5, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE